**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDWIN DIAZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

EXPEDIA, INC.

        Defendant.

Case No. 1:18-cv-10942-DAB
**AFFIDAVIT OF PLAINTIFF'S COUNSEL**

    I, Joseph H. Mizrahi, declare under penalty of perjury that Plaintiff Edwin Diaz and Defendant Expedia have entered into a private and confidential settlement on an individual basis, whereby the legal rights of the purported, unnamed class members, as alleged in the complaint, remain unaltered.

Dated:   July 31, 2019
           Brooklyn, New York

                              Respectfully submitted,

                              By: */s/ Joseph H. Mizrahi*
                              Joseph H. Mizrahi, Esq.
                              Cohen & Mizrahi LLP